UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY WASHINGTON                                    CIVIL ACTION

VERSUS

SID GAUTREAUX, III, ET AL.                            NO.: 13-00697-BAJ-RLB

## RULING AND ORDER

On August 21, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Timothy Washington's complaint be dismissed for failure to comply with the Court's directive and correct the deficiencies of which he was notified. (Doc. 4.) On October 23, 2013, Plaintiff filed a complaint alleging violations of his constitutional rights by various Defendants, including Sheriff Sid Gautreaux, III, the East Baton Rouge Parish Sheriff's Office, and several prison officials. (Doc. 1.) Subsequently, on November 1, 2013, the clerk of court notified Plaintiff that his complaint contained filing deficiencies and that such deficiencies must be corrected within twenty-one (21) days. (Doc. 3.) Nevertheless, Plaintiff failed to correct the deficiencies and has failed to maintain correspondence with the Court since the date his complaint was filed.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the

proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 4, at 1.) A review of the record indicates that Plaintiff had not filed an objection to the Magistrate Judge's Report and Recommendation by the applicable filing deadline.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 4)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED**, without prejudice, for Plaintiff Timothy Washington's failure to comply with the Court's directive and correct the deficiencies of which he was notified.

Baton Rouge, Louisiana, this 29th day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**